# IN THE SUPREME COURT OF THE STATE OF NEVADA

JEFFERY MULHALL,
                  Appellant,
        vs.
JO GENTRY, WARDEN,
                  Respondent.

No. 75809

**FILED**

JUL 2 6 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
     DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This is a pro se appeal from a district court order denying a postconviction petition for a writ of habeas corpus. Eighth Judicial District Court, Clark County; Gloria Sturman, Judge.

Because it did not appear that the district court had entered a written order memorializing its decision, on May 16, 2018, this court entered an order directing the district court to either (1) enter a written order, (2) inform this court that it is reconsidering its decision, or (3) inform this court in writing that additional time is needed to enter a written order. On June 25, 2018, the district court entered an order reconsidering its decision and transferring the case to another department. The June 25, 2018, order is not a final order, and appellant's appeal is premature. *See* NRS 177.015(3) (appellant may appeal from a final judgment or verdict); *see also Sandstrom v. Second Judicial Dist. Court*, 121 Nev. 657, 659, 119 P.3d 1250, 1252 (2005) ("[A] final order is one that disposes of all issues and

18-28782

leaves nothing for future consideration."). Accordingly, we conclude that we lack jurisdiction to consider this appeal, and we

ORDER this appeal DISMISSED.

_____ Cherry, J.
Cherry

_____, J.
Parraguirre

_____, J.
Stiglich

cc:  Hon. Gloria Sturman, District Judge
     Jeffery Mulhall
     Attorney General/Carson City
     Eighth District Court Clerk